In the Matter of the Claim of WALTER BODINE, Respondent, against E. L. PHILLIPS & Co., Impleaded with TRAVELERS INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted unless appeal is perfected within fifteen days after compliance with the requirements of

subdivision (c) of rule 18 of the Rules of the State Industrial Board, in which event motion is denied.

In the Matter of the Claim of RICHARD ENRIGHT, Appellant, against CLARENCE L. SMITH, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted.